UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RUSSO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OMADI INC., et al.,<br><br>    Defendants. | Case No. 24-cv-02194-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

The Court is in receipt of the motion to dismiss or, in the alternative, to transfer venue filed by Defendants Omadi Inc. and Traxero North America. *See* Dkt. No. 7. Pursuant to Civil L.R. 7-3(a), any opposition to the motion was due on May 3, 2024. The Court **DIRECTS** Plaintiffs Wayne Russo and Private Property Impound, Inc. to show cause by June 6, 2024 why the motion should not be granted on one or all of the asserted grounds in light of their failure to oppose it, or in the alternative why this case should not be dismissed based on Plaintiffs' failure to prosecute. Failure to respond by the deadline may result in dismissal of this case without further notice. The hearing set for June 27, 2024 on the motion is **VACATED**, to be reset if the Court deems necessary.

**IT IS SO ORDERED.**

Dated: May 22, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge